45

HUDZIK, APPELLEE, *v.* ALCORN, APPELLANT.

(No. 39323—Decided December 1, 1965.)

*Mr. Martin S. Goldberg*, for appellee.
*Messrs. Pfau, Pfau & Comstock*, for appellant.

*Per Curiam.* The judgment of the Court of Appeals is reversed on authority of *Juhasz* v. *Corson*, 171 Ohio St. 218. See, also, *Bobo* v. *Bell*, 171 Ohio St. 311.

*Judgment reversed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and SCHERER, JJ., concur.

SCHERER, J., of the Second Appellate District, sitting for BROWN, J.